441 A.2d 461

Commonwealth v. Johnstone, Appellant.

Submitted March 23, 1981. Robert Bruce Evanick, Assistant Public Defender, for appellant; Anthony L. DeLuca, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.